VINCENT DI GLORIA, Appellant, v. WARREN & ARTHUR SMADBECK, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CITIZENS SAVINGS BANK, Appellant, v. MINERVA ULSHEN, Respondent, Impleaded with Others, Defendants.— Judgment, and order granting the motion of defendant Minerva Ulshen for summary judgment, unanimously reversed, without costs, and the said motion denied. Order denying plaintiff's motion for summary judgment against said defendant unanimously affirmed, without costs. The letters of September 19, 1935, are ambiguous. The issue as to what the agreement of the parties was with respect to the resumption of interest payments should await trial. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, MAY, 1942.
### (May 4, 1942.)

CLOUDY REALTY CORPORATION and Others, Appellants, v. ALBERT C. ALLEN and Others, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of CLYDE JEMMOTT and MARGARET L. GUILFOYLE, on Behalf of Themselves and Others, Appellants, for an Order Pursuant to Article 78 of the Civil Practice Act, against JAMES MARSHALL and Others, Now Constituting the Board of Education of the City of New York, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of OTTO E. KOEGEL, Petitioner, for the Removal from Office of WILLIAM JOHNSON, as Justice of the Peace of the Town of Somers, County of Westchester, State of New York, Respondent.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Probate of the Last Will and Testament, Dated April 1, 1939, of MARY KOWALSKY, etc., Deceased. JOHN KOWALSKY and WILLIAM F. BOWE, Appellants; FERDINAND D. VIRGILIO, as Executor, etc., of MARY KOWALSKY, etc., Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of Proceedings Supplementary to Judgment: JACK LEVINE, Respondent, v. JOSEPH E. LEVINE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Judicial Settlement of the Estate of JOHN B. UNWIN, Deceased. HORACE SHOWLER, Appellant; JOHN W. UNWIN, as Administrator, etc., of JOHN B. UNWIN, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.